**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CALIFORNIA WRITERS CLUB,

        Plaintiff(s),

    v.

SCOTT ALIXANDER SONDERS,

        Defendant(s).

_____/

Case No.  C11-02566 JCS

**ORDER FOR MR. SONDERS TO APPEAR BY PHONE AT THE MOTION TO CHANGE VENUE AND CASE MANAGEMENT CONFERENCE ON SEPTEMBER 30, 2011**

IT IS HEREBY ORDERED that Mr. Scott Sonders may appear by phone at the Motion to Change Venue Hearing and Case Management Conference on September 30, 2011, at 9:30 AM. Mr. Sonders shall provide to the Clerk, by Wednesday, September 28, 2011, a direct land line contact phone number. Mr. Sonders shall be on phone standby beginning at 9:30 AM and await the Court's call.

IT IS SO ORDERED.

Dated:  September 26, 2011

_____
JOSEPH C. SPERO
United States Magistrate Judge