Ray K. Shahani, Esq. SBN 160,814
Attorney at Law
Twin Oaks Office Plaza
477 Ninth Avenue, Suite 112
San Mateo, California 94402-1854
Telephone: (650) 348-1444
Facsimile: (650) 348-8655
E-mail: RKS@attycubed.com

Attorney for Plaintiff
CALIFORNIA WRITERS CLUB

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA WRITERS CLUB, a California nonprofit educational corporation<br><br>Plaintiff,<br><br>vs.<br><br>SCOTT ALIXANDER SONDERS, an individual, CALIFORNIA WRITERS COALITION, INC., a California corporation, and DOES 1-10<br><br>Defendants.<br><br>SCOTT ALIXANDER SONDERS, an individual<br><br>Counterclaimant,<br><br>vs.<br><br>CALIFORNIA WRITERS CLUB, a California nonprofit educational corporation<br><br>Counterdefendant. | Case No: CV 11-2566 JCS<br><br>The Honorable Joseph C. Spero<br><br>STIPULATED REQUEST FOR DISMISSAL OF ENTIRE CASE WITH PREJUDICE and [~~PROPOSED~~] ORDER |

    IT IS HEREBY REQUESTED by ALL Parties to this action that the above-captioned action, including all claims and counterclaims in their entirety brought therein, be and hereby is dismissed with prejudice as to All Parties, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Each Party to waive its/his rights to appeal and bear its/his own costs and

1  attorney's fees. (All Parties have consented to this Request. See Exhibit A, attached hereto,
2  which is a true and complete copy of the Agreement between the Parties dated November 17,
3  2011 regarding this Request.)

5  Date: __November 17, 2011__   Plaintiff's Counsel   __/s/ Ray K. Shahani__
                                                              Signature

7                                 Plaintiff's Counsel   __Ray K. Shahani, Esq.__
                                                              Printed Name
8  ///

1  IT IS HEREBY ORDERED THAT the above-captioned action, including all claims and
2 counterclaims in their entirety brought therein, be and hereby is dismissed with prejudice. The
3 Parties will each bear their own attorneys' fees and costs of suit.

Date: 11/21/11

_____
Honorable Judge Joseph C. Spero

///

///